**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John E. Donovan<br>Cheryl Lynne Donovan<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 21-21287 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

       Respectfully submitted,

       /s/ Maria D. Miksich
       Maria Miksich
       11 Jun 2021, 08:01:32, EDT

       Brian C. Nicholas, Esq. (317240) ☐
       Maria D. Miksich, Esq. (319383) ☑
       Rebecca A. Solarz, Esq. (315936) ☐
       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA 19106
       412-430-3594
       bkgroup@kmllawgroup.com