Certificate Number: 03088-PAW-DE-035790313

Bankruptcy Case Number: 21-21287



03088-PAW-DE-035790313

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2021, at 9:21 o'clock AM CDT, John E Donovan completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 27, 2021               By:  /s/Doug Tonne

                                   Name:  Doug Tonne

                                   Title:  Counselor