**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/24/2022

IN RE:

JOHN E. DONOVAN
CHERYL LYNNE DONOVAN
1400 HAMILTON ROAD
PITTSBURGH, PA 15234
XXX-XX-5506           Debtor(s)

XXX-XX-5432

Case No.21-21287 CMB

Chapter 13

---

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/24/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**AIS PORTFOLIO SERVICES (AMERICAN INFO SC**
ATTN BANKRUPTCY NOTICING
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK  73118

Trustee Claim Number: 1   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: ALLY BANK/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**ALLY BANK(*)**
ATTN TRUSTEE PAYMENT CENTER
PO BOX 78367
PHOENIX, AZ  85062-8367

Trustee Claim Number: 2   INT %: 4.69%
Court Claim Number: 4
CLAIM: 8,314.41
COMMENT: CL4GOV~PMT/CONF*8900@4%/PL*ALLY FINANCIAL/SCH

CRED DESC: VEHICLE
ACCOUNT NO.: 3201

---

**DIAMOND RESORTS FINANCIAL SVCS INC**
10600 W CHARLESTON BLVD
LAS VEGAS, NV  89135

Trustee Claim Number: 3   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: SURR/PL*TIME SHARE/SCH

CRED DESC: SECURED CREDITOR
ACCOUNT NO.:

---

**HUNTINGTON NATIONAL BANK(*)**
5555 CLEVELAND AVE - GW1N10
COLUMBUS, OH  43231

Trustee Claim Number: 4   INT %: 0.00%
Court Claim Number: 1
CLAIM: 0.00
COMMENT: 198/PL*198.59 X (17+2)=LMT

CRED DESC: SECURED CREDITOR
ACCOUNT NO.: 7045

---

**PENNYMAC LOAN SERVICES LLC**
PO BOX 660929
DALLAS, TX  75266-0929

Trustee Claim Number: 5   INT %: 0.00%
Court Claim Number: 7
CLAIM: 0.00
COMMENT: 1275.66/PL*1270.37 X (17+2)

CRED DESC: MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 6560

---

**ALLEGENT COMMUNITY FCU**
2000 CORPORATE DR STE 200
WEXFORD, PA  15090

Trustee Claim Number: 6   INT %: 3.19%
Court Claim Number: 14-2
CLAIM: 5,324.34
COMMENT: 6335@3.19%/PL@RIVERSET CU*AMD

CRED DESC: VEHICLE
ACCOUNT NO.: L001

---

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
PO BOX 12914
NORFOLK, VA  23541

Trustee Claim Number: 7   INT %: 0.00%
Court Claim Number: 9
CLAIM: 7,410.60
COMMENT: BARCLAYS*DIAMOND RESORTS

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 7485

---

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
PO BOX 12914
NORFOLK, VA  23541

Trustee Claim Number: 8   INT %: 0.00%
Court Claim Number: 11
CLAIM: 6,010.76
COMMENT: BARCLAYS

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 8847

---

**JPMORGAN CHASE BANK NA S/B/M/T CHASE B**
C/O JPMORGAN CHASE BANK NA
PO BOX 15368
WILMINGTON, DE  19850

Trustee Claim Number: 9   INT %: 0.00%
Court Claim Number: 5
CLAIM: 14,853.55
COMMENT: DISNEY

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1944

---

**JPMORGAN CHASE BANK NA S/B/M/T CHASE B**
C/O JPMORGAN CHASE BANK NA
PO BOX 15368
WILMINGTON, DE  19850

Trustee Claim Number: 10   INT %: 0.00%
Court Claim Number: 6
CLAIM: 3,047.62
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 2143

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CITIZENS BANK NA(*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9349 | CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL BYT CO-DTR*STUDENT LNS/SCH |
| **CITIZENS BANK NA(*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9877 | CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL BY CO-DTR*STUDENT LNS/SCH |
| **CITIZENS BANK NA(*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1019 | CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL BY CO-DTR*STUDENT LNS/SCH |
| **CITIZENS BANK NA(*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7167 | CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL BY CO-DTR*STUDENT LNS/SCH |
| **DISCOVER PERSONAL LOANS****<br>POB 6105<br>CAROL STREAM, IL 60197-6105 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8207 | CLAIM: 17,611.76<br>COMMENT: |
| **PAAC TRANSIT DIVISION FCU**<br>219 FORT PITT BLVD 2ND FL*<br>PITTSBURGH, PA 15222 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5506 | CLAIM: 4,599.03<br>COMMENT: X0007/SCH*NO POD~EMAIL DONE |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6720 | CLAIM: 11,101.37<br>COMMENT: |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4267 | CLAIM: 5,022.06<br>COMMENT: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8489 | CLAIM: 0.00<br>COMMENT: NT ADR~SAMS/SCH |
| **BRANDON DONOVAN**<br>1400 HAMILTON RD<br>PITTSBURGH, PA 15234 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /SCH H |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: PENNYMAC/PRAE | |
| | | |
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: DUQ LITE/PRAE | |
| | | |
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:23  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:10 | ACCOUNT NO.: 3042 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM: 59.58 | |
| PITTSBURGH, PA  15219 | COMMENT: NT/SCH | |
| | | |
| **KOHLS** | Trustee Claim Number:24  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PERITUS PORTFOLIO SERVICES II LLC | Court Claim Number:8 | ACCOUNT NO.: 8311 |
| PO BOX 141509 | | |
| | CLAIM: 627.09 | |
| IRVING, TX  75014 | COMMENT: NT/SCH | |