**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John E. Donovan | Social Security number or ITIN   xxx–xx–5506 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | Cheryl Lynne Donovan | Social Security number or ITIN   xxx–xx–5432 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   21–21287–CMB

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John E. Donovan                         Cheryl Lynne Donovan

3/14/23                                 **By the court:** Carlota M Bohm
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21287-CMB |
| John E. Donovan | Chapter 13 |
| Cheryl Lynne Donovan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 14, 2023 | Form ID: 3180W | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John E. Donovan, Cheryl Lynne Donovan, 1400 Hamilton Road, Pittsburgh, PA 15234-2306 |
| 15380742 | + | Brandon J. Donovan, 1400 Hamilton Road, Pittsburgh, PA 15234-2306 |
| 15380745 | + | Diamond Resorts, LLC, 10600 West Charleston Blvd., Las Vegas, NV 89135-1260 |
| 15384005 | + | P.A.A.C. Transit Division FCU, 219 Fort Pitt Blvd., Second FL., Pittsburgh, PA 15222-1559 |
| 15380748 | + | Paac Trans Division Federal Credit Union, 219 Fort Pitt Blvd, Pittsburgh, PA 15222-1559 |
| 15380752 | + | Riverset Credit Union, 53 South Tenth St, Pittsburgh, PA 15203-1142 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 15 2023 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2023 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 15 2023 03:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2023 00:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15400607 | + | Email/Text: BKRMailOps@weltman.com | Mar 15 2023 00:07:00 | Allegent Community Federal Credit Union, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Cleveland, Ohio 44131-1829 |
| 15385251 | + | EDI: AISACG.COM | Mar 15 2023 03:52:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15380740 | + | EDI: GMACFS.COM | Mar 15 2023 03:52:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 15380741 | + | EDI: TSYS2 | Mar 15 2023 03:52:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15380744 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 15 2023 00:06:00 | Citizens Bank/fm, 1 Citizens Dr, Riverside, RI 02915-3000 |
| 15380746 | | EDI: DISCOVER.COM | Mar 15 2023 03:52:00 | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 15381560 | + | EDI: DISCOVERPL | Mar 15 2023 03:52:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15399260 | + | Email/Text: kburkley@bernsteinlaw.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2023 | Form ID: 3180W | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 15 2023 00:07:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15380747 | + | Email/Text: bankruptcy@huntington.com | Mar 15 2023 00:07:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15380743 | | EDI: JPMORGANCHASE | Mar 15 2023 03:52:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15391634 | + | Email/Text: RASEBN@raslg.com | Mar 15 2023 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15398856 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 15 2023 00:06:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15396835 | + | Email/PDF: ebnotices@pnmac.com | Mar 15 2023 00:09:02 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15380750 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2023 00:06:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15380751 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2023 00:06:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15399213 | | EDI: PRA.COM | Mar 15 2023 03:52:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15380749 | + | Email/PDF: ebnotices@pnmac.com | Mar 15 2023 00:09:03 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15380753 | + | EDI: RMSC.COM | Mar 15 2023 03:52:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15381454 | + | Email/Text: bankruptcy@huntington.com | Mar 15 2023 00:07:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2023                Signature:         /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Mar 14, 2023 | Form ID: 3180W | Total Noticed: 27

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |

Brian Nicholas
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com

Bryan P. Keenan
on behalf of Joint Debtor Cheryl Lynne Donovan keenan662@gmail.com
melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan
on behalf of Debtor John E. Donovan keenan662@gmail.com
melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6