**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

                                          Bankruptcy Case No.: 21−21287−CMB

**John E. Donovan**
**Cheryl Lynne Donovan**
   Debtor(s)

                                          Chapter: 13

## <u>FINAL DECREE</u>

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

      Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: March 20, 2023

                                      <u>Carlota M Bohm</u>
                                      United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                Case No. 21-21287-CMB

John E. Donovan                                                          Chapter 13

Cheryl Lynne Donovan

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2
Date Rcvd: Mar 20, 2023                   Form ID: 129                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol           Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2023:**

**Recip ID**                 **Recipient Name and Address**
db/jdb                  +  John E. Donovan, Cheryl Lynne Donovan, 1400 Hamilton Road, Pittsburgh, PA 15234-2306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

Brian Nicholas
                                  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Bryan P. Keenan
                                  on behalf of Joint Debtor Cheryl Lynne Donovan keenan662@gmail.com
                                  melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan
                                  on behalf of Debtor John E. Donovan keenan662@gmail.com
                                  melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Keri P. Ebeck
                                  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                                  ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                        User: auto                                          Page 2 of 2
Date Rcvd: Mar 20, 2023                     Form ID: 129                                 Total Noticed: 1

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 6